**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**AIDEN JONES**                                                                    **PETITIONER**

**V.**                                        **CASE NO. 2:25-CV-2163**

**SHERIFF TOM HUGHES
(Johnson County Sheriff,
in his official capacity as custodian); and
STATE OF ARKANSAS**                                            **RESPONDENTS**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 13) filed in this case on March 6, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Motion to Dismiss Plaintiff's Petition for Writ of Habeas Corpus by the State of Arkansas (Doc. 10) is **GRANTED**. Jones pleaded guilty to violating the conditions of a suspended imposition of sentence, which required that he have no contact with several individuals and their families. His guilty plea and subsequent sentencing mooted his habeas petition, which only requested relief from the conditions of pre-hearing release. The Petition is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 24th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE